```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 12918
    GEORGE TATE JR
    BETTY TATE                                 CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-6011      SSN XXX-XX-6532


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 05/21/2008 and was not confirmed.

      The case was dismissed without confirmation 09/17/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------

GMAC                       SECURED VEHIC     12464.24          .00         400.00
GMAC                       UNSEC W/INTER    NOT FILED          .00            .00
DEUTSCHE BANK NATIONAL T   CURRENT MORTG          .00          .00            .00
DEUTSCHE BANK NATIONAL T   MORTGAGE ARRE          .00          .00            .00
NUVELL CREDIT CO LLC       SECURED VEHIC     34966.03          .00         400.00
NUVELL CREDIT CO LLC       UNSEC W/INTER    NOT FILED          .00            .00
SMITH ROTHCHILD FINANCIA   CURRENT MORTG          .00          .00            .00
SMITH ROTHCHILD FINANCIA   SECURED NOT I          .00          .00            .00
SMITH ROTHCHILD FINANCIA   CURRENT MORTG          .00          .00            .00
SMITH ROTHCHILD FINANCIA   SECURED NOT I          .00          .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY            544.53          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY           3694.49          .00            .00
ACCOUNT RECOVERY SERVICE   UNSEC W/INTER    NOT FILED          .00            .00
AMERICAN COLLECTION        UNSEC W/INTER    NOT FILED          .00            .00
ASPEN/FB&T                 UNSEC W/INTER    NOT FILED          .00            .00
CACH                       UNSEC W/INTER      1975.05          .00            .00
CAVALRY PORTFOLIO SERVIC   UNSEC W/INTER    NOT FILED          .00            .00
CAPITAL ONE                UNSEC W/INTER      1699.90          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER       557.24          .00            .00
CCA                        UNSEC W/INTER    NOT FILED          .00            .00
CREDIT PROTECTION          UNSEC W/INTER    NOT FILED          .00            .00
DEBT CREDIT SERVICES       UNSEC W/INTER    NOT FILED          .00            .00
PREMIER BANKCARD           UNSEC W/INTER       362.03          .00            .00
GINNYS                     UNSEC W/INTER    NOT FILED          .00            .00
HARRIS                     UNSEC W/INTER    NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      4264.06          .00            .00
IC SYSTEMS                 UNSEC W/INTER    NOT FILED          .00            .00
MIDLAND CREDIT/ SPIEGAL    UNSEC W/INTER       728.17          .00            .00
MIDNIGHT VELVET            UNSEC W/INTER    NOT FILED          .00            .00
NCO FINANCIAL SYSTEM       UNSEC W/INTER    NOT FILED          .00            .00
PARK DANSAN                UNSEC W/INTER    NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER      3328.38          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER        87.54          .00            .00
TRIBUTE/FBOFD              UNSEC W/INTER    NOT FILED          .00            .00
WFCB/BLAIR CATALOG         UNSEC W/INTER    NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 12918 GEORGE TATE JR & BETTY TATE
```

```
US DEPT OF HUD            SECURED NOT I    2528.58             .00              .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER    5058.03             .00              .00
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER      94.30             .00              .00
ILLINOIS DEPT OF REVENUE  SECURED          2906.56             .00              .00
PREMIER BANKCARD          UNSEC W/INTER     335.28             .00              .00
DEUTSCHE BANK NATIONAL T  MORTGAGE NOTI  NOT FILED             .00              .00
CITY OF CHICAGO PARKING   UNSECURED         850.00             .00              .00
PROVIDIAN NATIONAL BANK   UNSEC W/INTER      60.31             .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,484.00                          1,977.05
TOM VAUGHN                TRUSTEE                                             222.95
DEBTOR REFUND             REFUND                                                 .00
```

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  3,000.00

PRIORITY                                              .00
SECURED                                            800.00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,977.05
TRUSTEE COMPENSATION                               222.95
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                   3,000.00                3,000.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 12/22/08      _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE